UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY LEE DUVARDO,

    Petitioner,

    v.

GEORGE GIURBINO, warden,

    Respondent.
                               /

No. C 05-5428 MHP (pr)

**ORDER PERMITTING LENGTHY BRIEFS**

    Respondent's and petitioners' requests to file oversized memoranda of points and authorities are GRANTED.  (Docket # 19-2, # 25.)  Respondent's 73-page memorandum of points and authorities in support of his answer filed on December 19, 2007 is accepted. Petitioner's 27-page memorandum of points and authorities in support of his reply to the answer filed on March 24, 2008 is accepted.  The motion for evidentiary hearing and the fully-briefed petition remain under submission and will be decided in due course.

    IT IS SO ORDERED.

DATED: May 8, 2008

                                                Marilyn Hall Patel
                                                United States District Judge

**United States District Court**
For the Northern District of California